UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation, ) ) ) Plaintiff, ) ) v. ) ) GROCERY OUTLET, INC., a California ) Corporation doing business as GROCERY ) OUTLET and as IDEAL DISTRIBUTING ) ) and ) ) JOHN DOES Numbers 1 through 99, ) ) Defendants. ) | Case No.: 12-CV-04811-LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY C. SHAWN FOX *PRO HAC VICE* |

  C. Shawn Fox, an active member in good standing of the bar of Kentucky and admitted to practice before the U.S.D.C. for the Western District of Kentucky, whose business address and telephone number are Seiller Waterman LLC, Meidinger Tower, 22nd Floor, 262 S. Fourth Street, Louisville, Kentucky 40202, 502-584-7400, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Garden Meadow, Inc.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application

1

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION

will constitute notice to the party.  All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED.**

Dated:  October 2, 2012

_____*Lucy H. Koh*_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION