1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING )<br><br>and )<br><br>JOHN DOES Numbers 1 through 99, )<br><br>Defendants. ) | Case No.: 12-CV-04811-LHK<br><br>**ORDER GRANTING STIPULATION EXTENDING THE TIME TO FILE A RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1(a), Plaintiff Garden Meadow, Inc. ("Garden Meadow") and

Defendant Grocery Outlet, Inc. (doing business as Grocery Outlet and Ideal Distributing)

("Grocery Outlet"), hereby stipulate that the time frame to file a responsive pleading to the

complaint in this matter be extended as follows:

    a.   The complaint and summons was served on Grocery Outlet on September 20, 2012.

    b.   Federal Rule of Civil Procedure 12(a)(1)(i) requires a defendant to serve an answer

        within 21 days after being served with the summons and complaint.

    c.   Therefore, Grocery Outlet's responsive pleading is, absent any extension of time, due no

Case No.: 12-CV-04811-LHK
ORDER GRANTING STIPULATION EXTENDING THE TIME
TO FILE A RESPONSIVE PLEADING

later than October 11, 2012, in accordance with the Federal Rule of Civil Procedure 12(a)(1)(i).

d.  Garden Meadows and Grocery Outlet agreed and stipulated to extend the time by which Grocery Outlet must file a responsive pleading to the complaint until and through 40 days from the service of the complaint and summons, October 30, 2012.

e.  Grocery Outlet has agreed that it will file a responsive pleading on or before October 30, 2012.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

Case No.: 12-CV-04811-LHK
ORDER GRANTING STIPULATION EXTENDING THE TIME
TO FILE A RESPONSIVE PLEADING

f. Garden Meadows and Grocery Outlet have agreed and stipulated to no extensions or modifications of case deadlines prior to the stipulation set forth herein.  Neither party believes this extension will substantially impact the overall case schedule.

**IT IS SO STIPULATED.**

Dated:  September 28, 2012         WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: ___/s/ Joseph F. Moore___
Joseph F. Moore[1]
Attorneys for Plaintiff
GARDEN MEADOW, INC.

Dated:  September 28, 2012         DAVIS WRIGHT TREMAINE LLP

By: ___/s/ Sanjay M. Nangia___
Sanjay M. Nangia
Attorneys for Defendant
GROCERY OUTLET, INC.

**IT IS SO ORDERED.**

Dated:  October 2, 2012

LUCY H. KOH
United States District Judge

_____
[1] Joseph F. Moore, counsel for Garden Meadows, attests that he has obtained concurrence in the filing of this document from signatory Sanjay M. Nangia who is an ECF user but whose user ID and password are not utilized in the electronic filing of the document.  Joseph F. Moore has retained records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any).

3

Case No.: 12-CV-04811-LHK
ORDER GRANTING STIPULATION EXTENDING THE TIME
TO FILE A RESPONSIVE PLEADING