UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>           Plaintiff,<br>     v.<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING<br><br>and<br><br>JOHN DOES Numbers 1 through 99,<br><br>           Defendants. | Case No.: 12-CV-04811-LHK<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY F. ROSS BOUNDY *PRO HAC VICE* |

F. Ross Boundy, an active member in good standing of the bar of Washington and admitted to practice before the U.S.D.C. for the Western District and Eastern District of Washington, whose business address and telephone number are Davis Wright Tremaine, LLP, Suite 2200, 1201 Third Avenue, Seattle, WA, 98101-3045, (206) 622-3150, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Grocery Outlet, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application

1

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION

1  will constitute notice to the party.  All future filings in this action are subject to the requirement
2  contained in General Order No. 45, *Electronic Case Filing*.
3  **IT IS SO ORDERED.**
4  Dated:  October 10, 2012

                                        LUCY H. KOH
                                        United States District Judge

**United States District Court**
For the Northern District of California

2

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION