**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING | ) ) ) ) |
| and | ) ) |
| JOHN DOES Numbers 1 through 99, | ) ) |
| Defendants. | ) ) |

Case No.: 12-CV-04811-LHK

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY F. ROSS BOUNDY *PRO HAC VICE*

12

13

14

15

16

17

18

19

20

F. Ross Boundy, an active member in good standing of the bar of Washington and admitted

21

to practice before the U.S.D.C. for the Western District and Eastern District of Washington, whose

22

business address and telephone number are Davis Wright Tremaine, LLP, Suite 2200, 1201 Third

23

Avenue, Seattle, WA, 98101-3045, (206) 622-3150, has applied in the above-entitled action for

24

admission to practice in the Northern District of California on a *pro hac vice* basis, representing

25

Grocery Outlet, Inc.

26

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

28

*vice*.  Service of papers upon and communications with co-counsel designated in the application

1

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION

will constitute notice to the party.  All future filings in this action are subject to the requirement

contained in General Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED.**

Dated:  October 10, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California

2

Case No.: 12-CV-04811-LHK
ORDER GRANTING PRO HAC VICE APPLICATION