Sanjay M. Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           sanjaynangia@dwt.com

F. Ross Boundy (WA State Bar No. 00403)
DAVIS WRIGHT TREMAINE LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
Telephone:     (206) 622-3150
Facsimile:      (206) 757-7700
Email:           rossboundy@dwt.com
*(Appearance Pro Hac Vice)*

Attorneys for Defendant GROCERY OUTLET, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING<br><br>and<br><br>JOHN DOES Numbers 1 through 99,<br><br>           Defendants. | Case No. 5:12-cv-04811-LHK (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE A RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1(a), plaintiff Garden Meadow, Inc. ("Garden Meadow") and defendant Grocery Outlet, Inc. (doing business as Grocery Outlet and Ideal Distributing) ("Grocery Outlet"), hereby stipulate as follows:

    a.    WHEREAS the complaint and summons was served on Grocery Outlet on September 20, 2012;

1

b. WHEREAS Garden Meadows and Grocery Outlet previously stipulated to extend the time by which Grocery Outlet must file a responsive pleading to the complaint to October 30, 2012;

e. WHEREAS Garden Meadows and Grocery Outlet desire additional time to attempt to resolve the action and/or attempt to narrow the areas of dispute between the parties before Grocery Outlet files a responsive pleading;

f. WHEREAS neither party believes this extension will substantially impact the overall case schedule;

g. THEREFORE, Garden Meadows and Grocery Outlet, by their respective undersigned counsel, stipulate and agree as follows: the deadline for Grocery Outlet to file a responsive pleading to the complaint shall be extended to November 9, 2012.

**IT IS SO STIPULATED.**

Dated: October 30, 2012                         WATT, TIEDER, HOFFAR
                                                & FITZGERALD, L.L.P.


                                                By: /s/ Kyle Anne Citrynell
                                                    Kyle Anne Citrynell
                                                    Attorneys for Plaintiff
                                                    GARDEN MEADOW, INC.

Dated: October 30, 2012                         DAVIS WRIGHT TREMAINE LLP


                                                By:  /s/ Sanjay M. Nangia
                                                    Sanjay M. Nangia
                                                    Attorneys for Defendant
                                                    GROCERY OUTLET, INC.

2

Stipulation and [Proposed] Order to Extend Deadline to Respond to Complaint,
Case No. 5:12-cv-04811-LHK
DWT 20575326v1 0085912-000019

1  Pursuant to Local Rule 5-1, I am the ECF user whose identification and password are
2 being used to file this document. I attest that concurrence in the filing of this document has been
3 obtained from stipulating plaintiff. I have retained records to support this concurrence for
4 subsequent production for the Court, if so ordered, or for inspection upon request by a party, until
5 one year after the final resolution of the action (including appeal, if any).

By:  /s/ Sanjay M. Nangia
Sanjay M. Nangia
Attorneys for Defendant
GROCERY OUTLET, INC.

1  **IT IS SO ORDERED.**

2

3  Dated: Qevqdgt"53, 2012

4

5  _____

6  Hon. Lucy H. Koh, United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

4

Stipulation and [Proposed] Order to Extend Deadline to Respond to Complaint,
Case No. 5:12-cv-04811-LHK
DWT 20575326v1 0085912-000019

# PROOF OF SERVICE

I, Katie Nelson, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am over the age of 18 and am an employee of Davis Wright Tremaine LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533.

On October 30, 2012, I served the following documents through the Court's electronic filing system:

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE A RESPONSIVE PLEADING**

The above document was served electronically on all parties to this case through the Court's electronic mail system as indicated below:

**Kyle Anne Citrynell**
**Christopher Shawn Fox**
Seiller Waterman LLC
462 S. 4th St.
22nd Floor
Louisville, KY 40202
502-584-7400
citrynell@derbycitylaw.com
fox@derbycitylaw.com

**Joseph Fitzpatrick Moore**
Watt, Tieder, Hoffar & Fitzgerald, LLP          Attorneys for Plaintiff
333 Bush Street, Suite 1500
San Francisco, CA 94104
jmoore@hansonbridgett.com

**Auric David Steele**
Seiller Waterman LLC
Meidinger Tower, 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
steele@derbycitylaw.com

☒ STATE I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 30, 2012, at San Francisco, California.

/s/  Katie Nelson
Katie Nelson