UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING<br><br>and<br><br>JOHN DOES Numbers 1 through 99,<br><br>　　　　　　Defendants. | Case No.: 12-CV-04811-LHK<br><br>ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

　　　Plaintiff Garden Meadow filed this action on September 13, 2012, against Defendants Grocery Outlet, Inc. d/b/a Grocery Outlet, Ideal Distributing, and John Does Numbers 1 through 99 (collectively "Defendants"), alleging claims of copyright infringement and willful copyright infringement. *See* ECF No. 1. On October 2, 2012, the Court granted the parties' stipulation to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to October 30, 2012. ECF No. 13. On October 30, 2012, the parties again filed a stipulation and proposed order seeking to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to November 9, 2012, stating that the parties "desire[d] additional time to attempt to resolve the action and/or narrow the areas of dispute between the parties." ECF No. 17 at 2. The Court granted this stipulation on October 31, 2012. ECF No. 17. On November 9, 2012, the

parties once again filed a stipulation and proposed order seeking to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to November 28, 2012.  ECF No. 19.  In this stipulation, the parties state that they "still wish to attempt to resolve the action and/or attempt to narrow the areas of dispute, but recent weather-related incidents in the Eastern United States have made it difficult for the parties to do so."  *Id*. at 2.  While the Court GRANTS the parties' stipulation to extend the deadline for Grocery Outlet to file a responsive pleading to the Complaint to November 28, 2012, no further extensions will be permitted.

**IT IS SO ORDERED.**

Dated: November 12, 2012

LUCY H. KOH
United States District Judge