1  Sanjay M. Nangia (CA State Bar No. 264986)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
4  Email:         sanjaynangia@dwt.com

5

   F. Ross Boundy (WA State Bar No. 00403)
6  DAVIS WRIGHT TREMAINE LLP
   Suite 2200
7  1201 Third Avenue
   Seattle, WA  98101-3045
8  Telephone:     (206) 622-3150
   Facsimile:     (206) 757-7700
9  Email:         rossboundy@dwt.com
   *(Appearance Pro Hac Vice)*

10
   Attorneys for Defendant GROCERY OUTLET, INC.
11

12              IN THE UNITED STATES DISTRICT COURT

13            THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN JOSE DIVISION

15 GARDEN MEADOW, INC., a Connecticut    )  Case No. 5:12-cv-04811-LHK (PSG)
   Corporation,                          )
16                                        )  **REQUEST FOR TELEPHONIC
                                         )  APPEARANCE AND [PROPOSED]
17          Plaintiff,                    )  ORDER GRANTING SAME**
                                         )
18       v.                              ) _____
                                         )
19 GROCERY OUTLET, INC., a California     )  Hearing Date:   January 2, 2013
   Corporation doing business as GROCERY  )  Time:           2:00 p.m.
20 OUTLET and as IDEAL DISTRIBUTING       )  Department:     Courtroom 8, 4th Floor
                                         )
21 and                                    )  Complaint Filed 9/13/2012
                                         )
22 JOHN DOES Numbers 1 through 99,        )
                                         )
23          Defendants.                   )
   _____  )

24

25       To the Honorable Judge Lucy H. Koh, and her Courtroom Deputy Ms. Martha Brown, and

26 to the Honorable Magistrate Judge Paul S. Grewal:

27       / / /

28       / / /

DAVIS WRIGHT TREMAINE LLP

1        Sanjay M. Nangia requests to appear telephonically at the Case Management Conference

2   scheduled for Wednesday, January 2, 2013, at 2:00 p.m. in Courtroom 8, 4th floor, of the above-

3   named court.

4

5   DATED:  December 21, 2012

6                            DAVIS WRIGHT TREMAINE LLP

7                            By:  /s/  Sanjay M. Nangia

8                               Sanjay M. Nangia

9                            Attorney for Defendant
                         Grocery Outlet, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

Request for Telephonic Appearance and [Proposed] Order
Case No. 5:12-cv-04811-LHK (PSG)
DWT 20796536v1 0085912-000019

1    <u>**ORDER RE TELEPHONIC APPEARANCE**</u>

2        The above REQUEST FOR TELEPHONIC APPEARANCE of Sanjay M. Nangia for

3    Telephonic Appearance at the Case Management Conference on January 2, 2013 at 2:00 pm is

4    hereby GRANTED.

5

6    IT IS SO ORDERED.

7    DATED: <u>December 28, 2012</u>           *Lucy H. Koh*

8                                  Hon. Lucy H. Koh
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

Request for Telephonic Appearance and [Proposed] Order
Case No. 5:12-cv-04811-LHK (PSG)
DWT 20796536v1 0085912-000019