Sanjay M. Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:	(415) 276-6500
Facsimile:	(415) 276-6599
Email:	sanjaynangia@dwt.com

F. Ross Boundy (WA State Bar No. 00403)
DAVIS WRIGHT TREMAINE LLP
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
Telephone:	(206) 622-3150
Facsimile:	(206) 757-7700
Email:	rossboundy@dwt.com
*(Appearance Pro Hac Vice)*

Attorneys for Defendant GROCERY OUTLET, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>         Plaintiff,<br><br>     v.<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING<br><br>and<br><br>JOHN DOES Numbers 1 through 99,<br><br>         Defendants. | Case No. 5:12-cv-04811-LHK (PSG)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER GRANTING SAME**<br><hr>Hearing Date:	January 2, 2013<br>Time:	2:00 p.m.<br>Department:	Courtroom 8, 4th Floor<br><br>Complaint Filed 9/13/2012 |

To the Honorable Judge Lucy H. Koh, and her Courtroom Deputy Ms. Martha Brown, and to the Honorable Magistrate Judge Paul S. Grewal:

/ / /

/ / /

Sanjay M. Nangia requests to appear telephonically at the Case Management Conference scheduled for Wednesday, January 2, 2013, at 2:00 p.m. in Courtroom 8, 4th floor, of the above-named court.

DATED:  December 21, 2012

                DAVIS WRIGHT TREMAINE LLP

                By: /s/  Sanjay M. Nangia
                    Sanjay M. Nangia

                Attorney for Defendant
                Grocery Outlet, Inc.

**ORDER RE TELEPHONIC APPEARANCE**

The above REQUEST FOR TELEPHONIC APPEARANCE of Sanjay M. Nangia for Telephonic Appearance at the Case Management Conference on January 2, 2013 at 2:00 pm is hereby GRANTED.

IT IS SO ORDERED.

DATED: December 28, 2012

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge

DAVIS WRIGHT TREMAINE LLP