UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation, <br><br> Plaintiff, <br> v. <br><br> GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING <br><br> and <br><br> JOHN DOES Numbers 1 through 99, <br><br> Defendants. | Case No.: 12-CV-04811-LHK <br><br> ORDER DENYING STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE INITIAL DISCLOSURES |

    Plaintiff Garden Meadow filed this action on September 13, 2012, against Defendants Grocery Outlet, Inc. d/b/a Grocery Outlet, Ideal Distributing, and John Does Numbers 1 through 99 (collectively "Defendants"), alleging claims of copyright infringement and willful copyright infringement. *See* ECF No. 1. On October 2, 2012, the Court granted the parties' stipulation to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to October 30, 2012. ECF No. 13. On October 30, 2012, the parties again filed a stipulation and proposed order seeking to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to November 9, 2012, stating that the parties "desire[d] additional time to attempt to resolve the action and/or narrow the areas of dispute between the parties." ECF No. 17 at 2. The Court granted this stipulation on October 31, 2012. ECF No. 17. On November 9, 2012, the

1

parties once again filed a stipulation and proposed order seeking to extend the time by which Grocery Outlet must file a responsive pleading to the Complaint to November 28, 2012. ECF No. 19. In this stipulation, the parties stated that they "still wish to attempt to resolve the action and/or attempt to narrow the areas of dispute, but recent weather-related incidents in the Eastern United States have made it difficult for the parties to do so." *Id*. at 2. The Court granted the parties' stipulation to extend the deadline for Grocery Outlet to file a responsive pleading to the Complaint to November 28, 2012, but stated that no further extensions will be permitted.

Despite the Court's prior order, on December 21, 2012, the parties filed a stipulation and proposed order seeking to extend the time to file initial disclosures to January 29, 2012. ECF No. 26. In the parties' Joint Case Management Statement that was also filed on December 21, 2012, the parties state that they propose the extension of time "[i]n light of potentially early settlement." ECF No. 25.

The parties in this action have represented to the Court that this case may settle since October. The parties' Stipulation and Proposed Order Extending the Time to File Initial Disclosures is DENIED. The Court will not grant any further continuances of any case deadlines.

**IT IS SO ORDERED.**

Dated: December 28, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-04811-LHK
ORDER DENYING STIPULATION AND PROPOSED ORDER EXTENDING THE TIME TO FILE INITIAL DISCLOSURES