UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING<br><br>and<br><br>JOHN DOES Numbers 1 through 99,<br><br>　　　　　　　　　　Defendants. | Case No.: 12-CV-04811-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On April 12, 2013, the parties in this action filed a Notice of Settlement. ECF No. 36. Accordingly, the Case Management Conference currently scheduled for April 24, 2013, is hereby CONTINUED to May 15, 2013, at 2:00 p.m. By May 8, 2013, the parties shall file a joint stipulation of dismissal or a notice, as part of their Joint Case Management Statement, explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: April 15, 2013

　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge