Sanjay M. Nangia (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: sanjaynangia@dwt.com

F. Ross Boundy (WA State Bar No. 00403)
DAVIS WRIGHT TREMAINE LLP
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: rossboundy@dwt.com
*(Appearance Pro Hac Vice)*

Attorneys for Defendant GROCERY OUTLET, INC.

*[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut Corporation, <br><br> Plaintiff, <br><br> v. <br><br> GROCERY OUTLET, INC., a California Corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING <br><br> and <br><br> JOHN DOES Numbers 1 through 99, <br><br> Defendants. | Case No. 5:12-cv-04811-LHK (PSG) <br><br> **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** <br><br> Complaint Filed: September 13, 2012 |

Plaintiff Garden Meadow, Inc. ("Garden Meadow") and Defendant Grocery Outlet, Inc., a California Corporation doing business as Grocery Outlet and as Ideal Distributing ("Grocery Outlet"), by and through their respective attorneys, hereby stipulate to a dismissal of this action

1

1   with prejudice as to Grocery Outlet and without prejudice as to John Does Numbers 1 through 99,

2   pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each party shall bear its own

3   costs and attorneys' fees.

4       WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of

5   Dismissal.

6   **IT IS SO STIPULATED.**

7   Dated:  May 8, 2013                                    SEILLER WATERMAN LLC

9                                                                              By:  /s/ Kyle Anne Citrynell
10                                                                                    KYLE ANNE CITRYNELL
                                                                                       462 S. Fourth Street, 22nd Floor
11                                                                                    Louisville, Kentucky  40202
                                                                                       Telephone: (502) 584-7400
12                                                                                    Facsimile: (502) 583-2100
                                                                                       Email:  citrynell@derbycitylaw.com

14                                                                                    REGINA VERDUCCI
                                                                                       WATT, TIEDER, HOFFAR &
                                                                                       FITZGERALD, L.L.P.
15                                                                                    333 Bush Street, Suite 1500
                                                                                       San Francisco, CA 94104
16                                                                                    Telephone: 415-623-7000
                                                                                       Facsimile:  415-623-7001
17                                                                                    Email:       rverducc@wthf.com

18                                                                                    Attorneys for Plaintiff
19                                                                                    GARDEN MEADOW, INC.

21   Dated: May 8, 2013                                    DAVIS WRIGHT TREMAINE LLP

23                                                                              By:  /s/ Sanjay M. Nangia
                                                                                       Sanjay M. Nangia

24                                                                                    Attorneys for Defendant
25                                                                                    GROCERY OUTLET, INC.

*(Left margin: DAVIS WRIGHT TREMAINE LLP)*

1   Pursuant to Local Rule 5-1 and General Order 45 X B, I am the ECF user whose
2 identification and password are being used to file this document.  I attest that concurrence in the
3 filing of this document has been obtained from stipulating plaintiff.  I have retained records to
4 support this concurrence for subsequent production for the Court, if so ordered, or for inspection
5 upon request by a party, until one year after the final resolution of the action (including appeal, if
6 any).

By:  /s/ Sanjay M. Nangia
Sanjay M. Nangia
Attorneys for Defendant
GROCERY OUTLET, INC.

# AGREED ORDER OF DISMISSAL

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims asserted by Plaintiff Garden Meadow, Inc. ("Garden Meadow") are dismissed with prejudice as to Defendant Grocery Outlet, Inc., a California Corporation doing business as Grocery Outlet and as Ideal Distributing, and without prejudice as to Defendants John Does Numbers 1 through 99.

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: May 9, 2013

*Lucy H. Koh*

Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE